Same case below, 353 Fed. Appx. 379.

**No. 09-1558. Lorene Young, Petitioner v. Cargill.**

562 U.S. 840, 131 S. Ct. 206, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5812,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 585.

**No. 09-1559. Fred Curtis, Petitioner v. Donald Wayne Good.**

562 U.S. 840, 131 S. Ct. 206, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5840.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 601 F.3d 393.

**No. 09-1560. Franklin Duran, Petitioner v. United States.**

562 U.S. 840, 131 S. Ct. 210, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5942.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 596 F.3d 1283.

**No. 09-1562. Michael S. Kimm, Petitioner v. New Jersey.**

562 U.S. 840, 131 S. Ct. 211, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5960.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

**No. 09-1563. Chaya Ungar, et al., Petitioners v. New York City Housing Authority.**

562 U.S. 840, 131 S. Ct. 211, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5800.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 363 Fed. Appx. 53.

**No. 09-1564. Evelyn Ortiz, as Personal Representative of the Estate of Rafael I. Ortiz-Pagan, Deceased, Petitioner v. United States.**

562 U.S. 840, 131 S. Ct. 211, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 6019.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 412.

**No. 09-1565. Mohammed Afzal, Petitioner v. Park Street Title, Inc.**

562 U.S. 841, 131 S. Ct. 211, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5935.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 09-1566. Patrick Walsh-Faucher, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 841, 131 S. Ct. 215, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5815,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.